UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 5149**

russell henry

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

pom basnight jayson #936178 32nd precinct 135 th street manhattan ny

s.g.t amen sean #937975 32nd precinct 135th street manhattan ny

john doe 32 precinct 135th street manhattan ny

john doe 32nd precinct 135th street

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name       Russell henry
          ID #       3491310394
          Current Institution   manhattan department of corrections
          Address    808 freedman street bronx ny 10459

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

Defendant No. 1   Name jason basnight
Where Currently Employed 32nd precinct     Shield # 936178
Address 135 street manhattan new york

Defendant No. 2   Name sean amen
Where Currently Employed 32nd precinct     Shield # 937975
Address 135th strreet manhattan ny

Defendant No. 3   Name john doe
Where Currently Employed 32nd precinct     Shield # N/A
Address 135th street manhattan ny

Defendant No. 4   Name john doe
Where Currently Employed 32nd precinct     Shield # N/A
Address 135th street manhattan ny

Defendant No. 5   Name
Where Currently Employed     Shield #
Address

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? 32nd precinct 135th street manhattan new york

B.   Where in the institution did the events giving rise to your claim(s) occur? when I was arrested I was taken to the back area where four officers illeagaly striped searched me violateing me

C.   What date and approximate time did the events giving rise to your claim(s) occur? 6:00 or 7:00 at night july 7th

Rev. 05/2007

D.   Facts:

**What happened to you?**

I was violated by four police officers
Illeagally striped felt up searched humiliated
Naked fondled in the 32nd precinct on 135th street
in manhattan new york around 6;00 or 7;00 sunday
july 7

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.      I was humileated embarassed myrights where violated and I still feel violated

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_   No ___

Rev. 05/2007

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Iwas in the 32nd precinct on 135th street manhattan new york

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___   No _x_   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No _x_   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No _x_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No _x_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

just6 because it was precinct that I was in

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: My legal aid lawyer was the first person I told because she was suppose to represent me she did nothinh so I did it my self

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. my charge is a misdermeaner and there wasno reason Iwas tooken advantage of by police but for there own personal enjoyment

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). that is negostionable because there is on amounyt of money thet can replace what was done to me and how i feel

Rev. 05 2007

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No _x_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___   No _x_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

Rev. 05/2007

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of July, 2013

Signature of Plaintiff  Russell Henry  *Russell Henry*
Inmate Number  3491310394
Institution Address  125 white street
manhattan ny 10013

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of July, 2013 I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Russell Henry*

Rev. 05/2007